IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

RYAN PATRICK DENNEY,

        Plaintiff,

v.                           CIVIL ACTION NO. 3:22-0248

WHEATSTONE CORP.,

        Defendant.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that Defendant's Motion to Dismiss (ECF No. 11) be granted; that the complaint (ECF No. 1) be dismissed; and that the case be removed from the docket of the Court. No objections to the Magistrate Judge's findings and recommendations have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **ORDERS** that Defendant's Motion to Dismiss (ECF No. 11) be **GRANTED**; that the complaint (ECF No. 1) be **DISMISSED**; and that the case be **REMOVED** from the docket of the Court, consistent with the findings and recommendations.

-2-

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: December 2, 2022

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE